UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

    Plaintiff,

                                      Case No. 06-20336

-vs-                            HON. AVERN COHN

WALTER STARGHILL,

    Defendant.

_____/


## ORDER DENYING MOTION FOR RECONSIDERATION

      Defendant has moved for reconsideration of the Memorandum And Order Denying

Motion To Dismiss Superseding Indictment.  The motion is DENIED.  See L.R. 7.1(g).  The

question put by the motion can better be considered in light of the evidence at trial and the

manner in which the jury is instructed.

      SO ORDERED


Dated:  July 16, 2008          _s/Avern Cohn_____
                          AVERN COHN
                          UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record
on this date, July 16, 2008, by electronic and/or ordinary mail.


                          _s/Julie Owens_____
                          Case Manager, (313) 234-5160